ORIGINAL

FILED
SEP 11 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

UNITED AIR LINES, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-641 C

**DISCLOSURE STATEMENT**

Pursuant to Court of Federal Claims Rule 7.1, Plaintiff United Air Lines, Inc. hereby states that it is a wholly owned subsidiary of UAL Corporation, which is a publicly traded corporation.

Respectfully submitted,

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

Dated: September 11, 2006