# In the United States Court of Federal Claims

No. 06-641 C
Filed: November 8, 2006

| | |
|---|---|
| UNITED AIR LINES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint, filed on November 7, 2006. For the reasons stated therein, the motion is GRANTED. The deadline for defendant's response to the Complaint is enlarged to 14 days after the request to reassign this case to Judge Braden is resolved.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge