# In the United States Court of Federal Claims

No. 06-641 C

(E-Filed: March 8, 2007)

UNITED AIR LINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On November 8, 2006, the court granted Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint, filed on November 7, 2006, enlarging the deadline for defendant's response to the Complaint to 14 days after the request to reassign this case to Judge Braden is resolved. Order of Nov. 8, 2006. There has been no notice of a resolution to this request and no other activity in this case since the Order of November 8, 2006.

A Telephonic Status Conference will be held on March 14, 2007, at 3:00 p.m. Eastern Daylight Time to discuss the status of this case. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge