# In the United States Court of Federal Claims

No. 06-641 C

(E-Filed: March 14, 2007)

UNITED AIR LINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On November 8, 2006, the court granted Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint, filed on November 7, 2006, enlarging the deadline for defendant's response to the Complaint to 14 days after the request to reassign this case to Judge Braden is resolved. Order of Nov. 8, 2006. There has been no notice of a resolution to this request.

A Telephonic Status Conference (TSC) was held on March 14, 2007, at 3:00 p.m. Eastern Daylight Time to discuss the status of this case. During the TSC, the parties stated that the related cases American Arlines, Inc. v. United States, Civil Action No. 04-1736, and Continental Airlines, Inc. v. United States, Civil Action No. 06-432 C, present substantially similar legal questions and that the most efficient route for this case is to continue the stay while the court monitors the progress of American Airlines and Continental Airlines. The STAY IS CONTINUED until further order of the court, and the parties shall file periodic Joint Status Reports (JSRs) updating the court on the status of the related cases American Airlines and Continental Airlines. The first JSR will be due on Friday, June 1, 2007, and each subsequent JSR will be due on the first business day of every third month thereafter.

If there is a cessation of activity in American Airlines or Continental Airlines or any other change of circumstances that could affect the resolution of this case, the parties shall promptly contact the court.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge