**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED AIR LINES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-641 C |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated March 14, 2007 (Doc. No. 10), Plaintiff, after conferring with counsel for Defendant, respectfully submits this Joint Status Report regarding two related cases:

1. *American Airlines, Inc. v. United States*, Civil Action No. 04-1736: on May 31, 2007, the Court held a hearing on the issues of damages and the Government's affirmative defenses (which are the only two remaining issues to be resolved in the case). The Court ordered that minor additional briefing be completed by both parties no later than June 15, 2007, after which the parties anticipate the entry of a final judgment. The Government is likely to take an appeal from that judgment.

2. *Continental Airlines, Inc. v. United States*, Civil Action No. 06-432 C: on May 17, 2007, the Court held a hearing on the parties' dispositive cross-motions on the question of liability. These motions addressed essentially the same issues briefed by the parties in the *American Airlines* case and decided by the Court on November 30, 2005. *See American Airlines, Inc. v. United States*, 68 Fed. Cl. 723 (2005).

The parties continue to believe that a stay of this case is appropriate until the final resolution of the *American Airlines* case, and therefore respectfully request that the current stay remain in place.

Respectfully submitted,

s/ Adam P. Feinberg
Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

June 1, 2007