# In the United States Court of Federal Claims

No. 06-641 C

(E-Filed: June 11, 2007)

UNITED AIR LINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR), filed on June 1, 2007. For the reasons stated therein, the parties request for the current stay to remain in place is GRANTED. The STAY IS CONTINUED until further order of the court. See also Order of Mar. 14, 2007. Pursuant to the court's Order of March 14, 2007, the parties' next JSR is due on September 4, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge