# In the United States Court of Federal Claims

No. 06-641 C

(E-Filed: June 11, 2007)

| | |
|---|---|
| UNITED AIR LINES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pursuant to Rule 5.3(g) of the Rules of the Court of Federal Claims, the parties are directed to include "the name of the judge assigned to the case . . . under the docket number" in all forthcoming pleadings and papers.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge