**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED AIR LINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 06-641 C<br>Judge Emily C. Hewitt |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated March 14, 2007 (Doc. No. 10), Plaintiff, after conferring with counsel for Defendant, respectfully submits this Joint Status Report regarding two related cases:

1. *American Airlines, Inc. v. United States*, Civil Action No. 04-1736: on July 31, 2007, the Court issued a Memorandum Opinion and Final Order rejecting the Government's affirmative defenses and awarding plaintiff $2,601,373 in damages. On August 1, 2007, a final Judgment was entered by the Court pursuant to that Memorandum Opinion and Final Order. The Government is likely to take an appeal from that Judgment.

2. *Continental Airlines, Inc. v. United States*, Civil Action No. 06-432 C: on July 12, 2007, the Court issued an Opinion denying the Government's motion to dismiss and granting plaintiff's cross-motion for partial summary judgment as to liability. The Court has scheduled a status conference for September 12, 2007, to discuss how to proceed with the damages phase of the case.

The parties continue to believe that a stay of this case is appropriate, and therefore respectfully request that the current stay remain in place.

Respectfully submitted,

s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

September 6, 2007