# In the United States Court of Federal Claims

No. 06-641 C

(E-Filed: December 5, 2007)

| | |
|---|---|
| UNITED AIR LINES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On September 10, 2007 this court issued an order continuing the stay of the case and requiring the parties to submit a Joint Status Report (JSR) on December 3, 2007. Order of Sept. 10, 2007. The court has yet to receive the parties' JSR. The parties' are hereby ORDERED to file their JSR on or before Friday December 7, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge