**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED AIR LINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 06-641 C<br>Judge Emily C. Hewitt |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated March 14, 2007 (Doc. No. 10), Plaintiff, after conferring with counsel for Defendant, respectfully submits this Joint Status Report regarding two related cases:

1. *American Airlines, Inc. v. United States*, Civil Action No. 04-1736: on September 27, 2007, the Government filed a Notice of Appeal from the Court's August 1, 2007 final judgment in favor of American Airlines, Inc. The Government's opening brief is due December 21, 2007.

2. *Continental Airlines, Inc. v. United States*, Civil Action No. 06-432 C: on October 30, 2007, the Court heard argument and issued a ruling from the bench regarding the scope of discovery during the damages phase of the case. On November 19, 2007, the Court entered an Order approving the parties' discovery plan, which calls for fact discovery to end on September 15, 2008, and expert discovery to end on May 19, 2008.

The parties continue to believe that a stay of this case is appropriate, and therefore respectfully request that the current stay remain in place.

Respectfully submitted,

s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

December 6, 2007