**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED AIR LINES, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-641 C<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated March 14, 2007 (Doc. No. 10), Plaintiff, after conferring with counsel for Defendant, respectfully submits this Joint Status Report regarding two related cases:

1. *American Airlines, Inc. v. United States*, Civil Action No. 04-1736 (Fed. Cir. No. 2007-5174): the parties completed the appellate briefing in this case on February 22, 2008.

2. *Continental Airlines, Inc. v. United States*, Civil Action No. 06-432 C: on February 20, 2008, the parties completed fact discovery on the issue of damages. As of that same day, the Court entered a stay of pre-trial proceedings pending (among other things) the parties' attempt to stipulate to damages.

The parties continue to believe that a stay of this case is appropriate, and therefore respectfully request that the current stay remain in place.



826759.1

Respectfully submitted,

s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

March 3, 2008