**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED AIR LINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 06-641 C<br>Judge Emily C. Hewitt |

**STATUS REPORT**

Pursuant to this Court's Order dated March 14, 2007 (Doc. No. 10), Plaintiff, after conferring with counsel for Defendant, respectfully submits this Status Report regarding two related cases:

1. *American Airlines, Inc. v. United States*, Civil Action No. 04-1736 (Fed. Cir. No. 2007-5174): oral argument was heard by the Federal Circuit on May 5, 2008, and the case has been taken under submission.

2. *Continental Airlines, Inc. v. United States*, Civil Action No. 06-432 C: after the close of fact discovery on damages, the parties have entered into a conditional stipulation on damages. The court has scheduled a status call for June 25, 2008, to discuss how the case should proceed.

The parties continue to believe that a stay of this case is appropriate, and therefore respectfully request that the current stay remain in place.

Respectfully submitted,

s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

June 2, 2008